# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PROBATION OFFICE

**MEMO ENDORSED**

RONALD DECASTRO
CHIEF U.S. PROBATION OFFICER

FEDERAL OFFICE BUILDING
600 ARCH STREET, SUITE 2400
PHILADELPHIA, PA 19106-1679
215-597-7950
FAX # 215-597-8856

September 13, 2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/12

## MEMORANDUM

TO:   The Honorable Kimba M. Wood

RE:   THORNTON, Marie
      Case No.:01:S1 10 CR1221 (KMW)
      **STATUS REPORT**

Reference is made to memorandum submitted to the Court by Sanford Talkin, ESQ on March 29, 2012, and Your Honor's remarks ordering the following: "Probation shall update the Court by September 28, 2012, as to how many hours of community service Ms. Thornton has completed and how many hours should be added in order to allow her community service to last the duration of her probation". This order was signed by Your Honor on July 2, 2012.

Ms. Thornton has completed a total of 657 community service hours through August 2012 at H.O.M.E. Adult Education Program in North Philadelphia. The hours were verified by the program on a monthly basis for the 2012 calendar year. The tabulations are as follows: January- 51 hours; February- 79 hours; March- 98 hours; April- 96 hours; May- 90 hours; June- 73 hours; July- 107 hours; and August- 63 hours.

This officer visited the program in early September 2012 and received positive feedback from Ms. Thornton's fellow co-workers regarding her dedication and deftness as an educator. The Program Director, Mary Randles, also gave glowing report on the offender's contributions to the program. She emphasized Ms. Thornton's ability to step up each time she is called upon and how the program is lucky to have her talents.

Ms. Thornton was originally ordered to complete 2,000 hours of community service. Therefore, her remaining balance prior to September 2012 was 1,343 hours. Under the assumption that Ms. Thornton will continue to average 82 hours per month, she would complete 2,050 hours over the next 25 months. This would leave an additional 707 hours that would need to be added bringing Ms. Thornton through October 2014, when the probation term is scheduled to expire.

We also note that Ms. Thornton continues to attend therapy bi-weekly and addiction meetings almost daily and continues to make herself available to our office for visits at home, in the community and with her therapist. Ms. Thornton remains in compliance with all other conditions ordered by the Court.

# FOIA EXEMPT

Re: THORNTON, Marie
Case No.: 01:S1 10 CR1221
Page 2

Should Your Honor have any questions, please contact the undersigned officer at (267) 299-4561.

Respectfully submitted,

Ronald DeCastro, Chief
U.S. Probation Officer

*Katie P. Quinlan*
Katie P. Quinlan
U.S. Probation Officer

KPQ/

Approved by: _____
Dean G. DiPasquale, Supervising
U.S. Probation Officer

---

*The Court thanks P.O. Quinlan for this report. The Court directs P.O. Quinlan to write to the Court to schedule a conference shortly before Ms. Thornton has completed 2000 hours of community service.*

*So ordered. NY, NY. 10-1-12*

*Kimba M. Wood*
U.S.D.J.